DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT N. GOLDSTEIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-1756

[February 5, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Judge Caroline Shepherd, Judge; L.T. Case No. 50-2022-CF-010249-AXXX-MB.

Daniel Eisinger, Public Defender, and Ian Seldin, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Marcus Russell Kelly II, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***